# MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. Frederick Kennedy, No. 3:25-cr-244

**ATTORNEY FOR GOVERNMENT:** Ahmed Safeeullah

**ATTORNEY FOR DEFENDANT:** Sunny Koshy  ☐ AFPD ☒ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** _____

**INTERPRETER NEEDED?** ☐ YES ☒ NO   **LANGUAGE:** _____
   **INTERPRETER:** _____   ☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents to appear before the Magistrate Judge by video

☐ **INITIAL APPEARANCE**   ☐ ON A SUMMONS   ☐ ARRESTED ON: _____
  DEFENDANT HAS A COPY OF:
   ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: _____
   ☐ Defendant advised of the charges & maximum penalties   ☐ Defendant provided the financial affidavit
   ☐ Defendant advised right of counsel   ☐ Counsel retained   ☐ FPD appointed
   ☐ Defendant advised of right to silence   ☐ Defendant advised of right to Consular Notification
   ☐ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
   ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
   ☐ Government filed motion for detention   ☐ Defendant waived detention hearing
   ☐ Defendant temporarily detained   ☐ Defendant reserved right to hearing in future
   ☐ Defendant to remain in Federal custody   ☐ Defendant to be returned to State custody
   ☐ Defendant to remain on current conditions of supervised release
   ☐ Defendant released on:
      ☐ Standard ☐ Special ☐ Appearance Bond: _____   ☐ Property Bond
   ☐ RULE 5- Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
   ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
   ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY** ☐ **DETENTION** ☐ **ARRAIGNMENT CONTINUED TO:** _____
   ☐ Good cause shown to exceed 5 business days

☒ **GRAND JURY WAIVED IN OPEN COURT**   (Waiver of Indictment executed)
☒ **ARRAIGNMENT**
   ☐ Defendant acknowledges receipt of Indictment/Information   ☐ Indictment/Information read to Defendant
   ☒ Defendant waived reading thereof   ☐ Court advised maximum penalties
   **PLEA:** ☐ GUILTY ☒ NOT GUILTY
   ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** December 3, 2025   **TOTAL TIME:** 6 minutes
**BEGIN TIME:** 10:34 a.m.   **END TIME:** 10:40 a.m.
☒ Digitally Recorded  ☐ Court Reporter: _____

Revised on 8/14/25           Page 1 of 1